PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Quasheam Clyburn     Cr.: 20-00681-001
    PACTS #: 7113543

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2021

Original Offense:    Count One: Possession of a Firearm by a Convicted Felon 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 30 months imprisonment, 3 years supervised release

Special Conditions: Drug Testing and Treatment, Mental Health Treatment, Consent to Search, Life Skills/Education Counseling

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/06/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On March 9, 2023, Mr. Clyburn submitted a urinalysis which tested positive for marijuana. After results were discovered, Clyburn admitted to the use of marijuana. Clyburn signed an admission of drug use form. |

U.S. Probation Officer Action:
Mr. Clyburn was verbally reprimanded for his marijuana use and the consequences for continued illicit substance use were discussed. The U.S. Probation Office will continue to monitor Mr. Clyburn's compliance with substance use with random testing. We will notify the Court of any additional non-compliance. We respectfully request no action be taken against Mr. Clyburn and allow this notice to serve as a written reprimand from the Court.

Prob 12A – page 2
Quasheam Clyburn

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____  3/20/23
PATRICK HATTERSLEY        Date
Supervising U.S. Probation Officer

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

3/21/2023
_____
Date